**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| SKF USA INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | |
| CRESWELL RICHARDSON, | : | **DECLARATION OF** |
| | : | **CHRIS K. MORRIS** |
| Defendant. | : | |
| | : | |
| | : | |

I, CHRIS K. MORRIS, being duly sworn, do hereby depose and say:

1.      I am currently the Director of Sales Support and Engineering for Plaintiff SKF USA Inc. ("SKF") and have served in this capacity since May 1st, 2009.  I make this declaration in support of SKF's Motion for Preliminary Injunction against the Defendant Creswell Richardson.

2.      Prior to taking over as Director of Sales Support and Engineering at SKF, I was employed by SKF since 1985 in various positions within the Application Engineering, Sales and Marketing departments, gaining knowledge and experience of SKF bearings and packaging requirements.

3.      As the Director of Sales Support and Engineering, I am directly involved with SKF's anti-counterfeiting program.  I am responsible for addressing complaints and concerns raised by SKF's customers about the authenticity of SKF branded products.  My duties include the evaluation and analysis of potentially counterfeit SKF bearings and packaging for bearings.

4.     In the course of carrying out my duties for SKF I have accumulated extensive knowledge of, among other things, SKF's products and packaging. As the Director of Sales Support and Engineering, I am primarily responsible for the department's role in SKF's anti-counterfeiting activities.

5.     On or about November 2nd, 2009 I was informed of the existence of a shipment of purported SKF bearings that was being held at a storage facility located in Vancouver, Washington ("Counterfeit Shipment"). I was instructed to travel to Vancouver to inspect the Counterfeit Shipment and to determine whether the Counterfeit Shipment contained counterfeit SKF bearings.

6.     On November 3, 2009 I met with another SKF employee, Warren (Buddy) Wynn, at the facility of international shipping company, C.H. Robinson, located at 3201 SE Columbia Way, Building 42 – STE 100, Vancouver, WA. We met with the warehouse manager for CH Robinson who accompanied us as we inspected the Counterfeit Shipment.

7.     During our inspection, we took photographs of the Counterfeit Shipment to document the contents of the Counterfeit Shipment and to assist SKF's analysis. True and accurate copies of a portion of the 115 photos that were taken are attached hereto as Exhibit A.

8.     We also obtained the Bill of Lading for the Counterfeit Shipment. According to the Bill of Lading that we obtained, the Counterfeit Shipment was intended to be shipped to Connections Unlimited, 254 Franklin St., Spartanburg, South Carolina.

9.     In addition, we discovered several labels on boxes within the Counterfeit Shipment that were addressed to Creswell Industrial Supply located at 6125 Airways Blvd,

Chattanooga, TN 37421. True and accurate copies of photographs of the labels attached to boxes within the Counterfeit Shipment are attached hereto as Exhibit B.

10. The Counterfeit Shipment included a total of five pallets. The pallets were shrink-wrapped with various size boxes on four of the five pallets. The fifth pallet had one large housing strapped to it.

11. As part of our investigation, we removed the shrink wrap on the four pallets and examined the contents of some of the boxes. We took pictures of the packaging and contents of the packaging to document our inspection. As part of our examination, we examined all markings and identifying markers appearing on the bearings, as well as the packaging in which the bearings were shipped, along with the overall shipping materials used in the Counterfeit Shipment.

12. The Counterfeit Shipment contained numerous different bearing part numbers and varieties. We noted at least 18 different part numbers.

13. The current SKF boxes contain an anti-counterfeiting hologram that can be read with a special device to determine if the packaging is legitimate. This hologram appeared on numerous boxes in the Counterfeit Shipment.

14. I used the identifying tool to check the hologram on about 40 bearings and none of the holograms made the tool beep and turn green – which is what would happen when a legitimate box is scanned. I checked the identifying tool several times against a legitimate sample hologram and to ensure that the device was working correctly. The device was functioning properly.

15.     These results, along with the failure to comply with SKF's marking requirements on numerous examples on the packaging and bearings themselves, and the failure to ship the bearings pursuant to SKF's standards, allowed us to conclude that the Counterfeit Shipment contained counterfeit SKF bearings.

16.     We replaced the boxes that we had examined onto the pallets and left the Counterfeit Shipment at the C.H. Robinson facility in Vancouver, Washington.   It is my understanding that the shipment is still being held at the C.H. Robinson Facility in Vancouver, Washington.

I declare that all facts and allegations contained in this Declaration are true to the best of my own knowledge; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this Declaration.

Dated: November 16, 2009                    _____
                                            CHRIS K. MORRIS