UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | |
|---|---|
| SKF USA INC., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:09-CV-299 |
| | ) Judge Mattice/Carter |
| v. | ) |
| | ) |
| CRESWELL RICHARDSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON DEFENDANT'S MOTION TO COMPEL

This matter came before the Court on Defendant Creswell Richardson's ("Defendant") Motion to Compel Plaintiff SKF USA Inc. ("Plaintiff") to adequately respond to Defendant's First Set of Interrogatories and Requests for the Production of Documents. During a hearing on the matter on May 21, 2010, it became apparent to the Court that Plaintiff and Defendant were willing to work together to resolve the alleged deficiencies with Plaintiff's discovery responses. In light of this fact, the Court feels that it need not force or compel any action by Plaintiff, and rather will allow the parties to continue to work through their discovery disputes. If Plaintiff does not adequately respond to Defendant's requests, Defendant is free to renew its Motion in the future.

It is therefore ordered, adjudged and decreed that, on the premise that Plaintiff will cooperate with Defendant to satisfy Defendant's discovery requests, Defendant's Motion to Compel is denied.

It is so Ordered.

s/ *William B .Mitchell Carter*
MAGISTRATE JUDGE WILLIAM CARTER

AGREED AND APPROVED FOR ENTRY:

| **PATRICK, BEARD, SCHULMAN & JACOWAY** | **MILLER & MARTIN PLLC** |
|---|---|
| By: /s/ Gary R. Patrick, Esq. | By: /s/ Donald J. Aho |
| Gary R. Patrick, Esq. TN BPR No. 01941 | Donald J. Aho, Esq., TN BPR No. 011975 |
| McKinley S. Lundy, Esq. TN BPR No. 027391 | Lynda M. Hill, Esq. TN BPR No. 019427 |
| 537 Market Street, Suite 202 | 832 Georgia Avenue |
| Chattanooga, Tennessee 37402 | 1000 Volunteer Building |
| Telephone (423) 266-1818 | Chattanooga, Tennessee 37402 |
| Facsimile (423) 266-2752 | Telephone (423) 756-6600 |
| | Facsimile (423) 785-8480 |
| *Attorneys for Defendant Creswell Richardson* | *Attorneys for Plaintiff SKF USA Inc.* |