# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# at CHATTANOOGA

| | | |
|---|---|---|
| SKF USA INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09-CV-299 |
| | ) | Judge Mattice/Carter |
| | ) | |
| CRESWELL RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR JUDICIAL MEDIATION

The Plaintiff, SKF USA, Inc. ("SKF"), and Defendant, Creswell Richardson ("Creswell" and collectively the "Parties"), through counsel and pursuant to Local Rule 16.3, jointly move this Court for an Order of Reference referring the Parties to a judicial mediation or other appropriate method of alternative dispute resolution. As grounds for this Motion, SKF and Creswell would show that both parties are in agreement that the use of the judicial mediation process is appropriate and will promote conciliation, communication, and the ultimate settlement of this case.

With regard to possible judicial mediators, should the Court grant the Parties Motion, the Parties will gladly cooperate with whomever the Court may appoint. The Parties recognize and acknowledge that a conflict exists between Magistrate Judge Susan K. Lee and the attorneys at the law firm of Miller & Martin, PLLC; however, the Parties are willing to waive the conflict if Magistrate Judge Lee is available and willing to mediate the matter.

**Wherefore**, the Parties request the Court enter an Order of Reference ordering the parties to a Judicial Mediation.

Dated: October 4, 2010

Respectfully submitted,

**MILLER & MARTIN PLLC**

s/ Lynda M. Hill
Donald J. Aho, BPR #011975
Lynda M. Hill, BPR #019427
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
423-785-8385
423-321-1531 (fax)
*Attorneys for Plaintiff*
*SKF USA Inc.*

Paul J. Kennedy
J. Anthony Lovensheimer
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Of Counsel*

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: s/ Gary R. Patrick
Gary R. Patrick, TN BPR # 001941
McKinley S. Lundy, Jr. TN BPR # 027391
Attorneys for Defendant
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032
gpatrick@pbsjlaw.corn
mlundy@pbsjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

October 4, 2010.

        COUNSEL FOR SKF USA INC.


         s/ Lynda M. Hill