UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SKF USA INC., )<br>)<br>   *Plaintiff,* )<br>) | Case No. 1:09-cv-299 |
| v. ) | Judge Mattice |
| )<br>CRESWELL RICHARDSON, )<br>)<br>   *Defendant.* ) | |

## ORDER

Before the Court is a Joint Motion for Judicial Mediation [Court Doc. 72], by which the parties request an Order referring this case to judicial mediation. The Court **GRANTS** the Joint Motion for Judicial Mediation [Court Doc. 72] and **REFERS** this case to United States Magistrate Judge C. Clifford Shirley for judicial mediation to commence on **Wednesday, October 13, 2010** at **9:30 a.m.** in Courtroom 3B, United States District Courthouse, 800 Market Street, Knoxville, Tennessee.

**SO ORDERED** this 5th day of October, 2010.

                                               */s/Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE