UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SKF USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:09-CV-299 |
| | ) | |
| v. | ) | |
| | ) | |
| CRESWELL RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S EMERGENCY
MOTION FOR SANCTIONS**

Comes now Defendant Creswell Industrial Supply, Inc. d/b/a Creswell Richardson ("Creswell" or "Defendant") to submit this Notice and inform the Court that Defendant hereby withdraws without prejudice its Emergency Motion for Sanctions against Plaintiff SKF USA Inc (Court Doc. No. 66).

        Respectfully submitted,

        PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.


    By: /s/McKinley S. Lundy, Jr.
        Gary R. Patrick, TN BPR # 001941
        McKinley S. Lundy, Jr., TN BPR # 027391
        Attorneys for Defendant
        537 Market Street, Suite 202
        Chattanooga, Tennessee 37402
        Telephone: (423) 756-7117
        Facsimile: (423) 267-5032
        gpatrick@pbsjlaw.com

## CERTIFICATE OF SERVICE

      I certify that on October 5, 2010, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                        PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.


                        By: /s/ McKinley S. Lundy, Jr.