UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SKF USA INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:09-cv-299 |
| v. ) | Judge Mattice |
| ) | |
| CRESWELL RICHARDSON, ) | |
| ) | |
| *Defendant*. ) | |

## **ORDER**

The parties participated in mediation before Magistrate Judge C. Clifford Shirley on October 13, 2010. At the conclusion of mediation, Magistrate Judge Shirley noted that it was successful and the case was resolved [Court Doc. 78]. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal no later than **30 Days** from the date of this Order. The parties are hereby put **ON NOTICE** that the Court will dismiss the action with prejudice if a stipulation of dismissal or agreed final order is not timely filed.

**SO ORDERED** this 8th day of November, 2010.

                                               */s/Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE