# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

## CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 1:09-cv-299  **At** Knoxville, TN  **Date** November 30, 2010

**Style** SKF USA Inc.  vs  Richardson

**PRESENT:**
   HONORABLE C. Clifford Shirley, Jr.  United States Magistrate Judge

Donna Papa                           Katherine Layman
**Deputy Clerk**                     Law Clerk


**ATTORNEY(S) PRESENT FOR PLTFS:**    **ATTORNEY(S) PRESENT FOR DEFTS:**
Donald J. Aho (via telephone)         Gary R. Patirck (via telephone)


**PROCEEDINGS:**
The Parties participated by a scheduled telephone conference. The parties raised question at to the terms that were and were not discussed and agreed upon at mediation. The parties indicated to the court they had discussed the terms and are working on resolving the issue before the conference started.


Time 3:30 p.m.           to      3:40.m.