# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### at CHATTANOOGA

| | | |
|---|---|---|
| SKF USA INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09-CV-299 |
| | ) | Judge Mattice/Carter |
| | ) | |
| CRESWELL RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S FINAL WITNESS LIST

Comes now Plaintiff SKF USA INC., by and through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and this Court's Scheduling Order (Court File No. 77), and submits its final witness list:

1.   Dan Snyder (Fact Witness and  Expert; Independent Consultant for SKF)

2.   Rob Creswell

3.   Bob Creswell

4.   Greg Creswell

5.   Cave Richardson

6.   Randy Bowen (SKF)

7.   Chris Morris, Director of sales Report and Engineering (SKF)

8.   Warren Wynn, Regional Sales Director (SKF)

9.     Ben Stefanavage, Jr., Manager Warehouse Operations (SKF)

10.    William McCulloch, manager of Transportation and Business (SKF)

11.    David Mendenall, C.H. Robinson Company

12.    James Fortner

13.    Kenneth Ray Hudson

14.    Gary Staack

15.    Michael Caulkins, Circuit Breakers

16.    Robert Moen, Royal Bearings

17.    Ben Baker, Baker Bearing & Company

18.    John D. Henry

19.    Former and Current Employees of Bearings Limited, NY

20.    All witnesses identified or called by Defendant; and

21.    All witnesses necessary for impeachment or rebuttal.


                         Respectfully submitted,

                         **MILLER & MARTIN PLLC**


                         By:   s/ Donald J. Aho
                                  Donald J. Aho, BPR No. 011975
                                  Lynda M. Hill, BPR No. 019427
                         832 Georgia Avenue
                         1000 Volunteer Building
                         Chattanooga, Tennessee  37402
                         Telephone (423) 756-6600
                         Facsimile (423) 785-8480

                         *Attorneys for Plaintiff SKF USA Inc.*

Paul J. Kennedy
J. Anthony Lovensheimer
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Of Counsel*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing **Plaintiffs' Final Witness List** has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system.

This 3rd day of December, 2010.

**MILLER & MARTIN PLLC**

By: __s/ Donald J. Aho_____