**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA**

| | | |
|---|---|---|
| SKF USA INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09-CV-299 |
| | ) | Judge Mattice/Carter |
| | ) | |
| CRESWELL RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE A STIPULATION OF DISMISSAL**

On November 8, 2010, this Court entered an order stating that the parties shall file a stipulation of dismissal no later than thirty days from the entry of the order and putting the parties on notice that the Court will dismiss the action with prejudice if a stipulation of dismissal or agreed final order is not timely filed. The parties have continued to engage in settlement discussions since the entry of the Court's order and Plaintiff expects that they will soon be able to consummate a settlement. However, though the parties have worked diligently to settle this matter, post-mediation negotiations concerning the precise terms of the parties' settlement have not concluded as of the filing of this motion. Therefore, Plaintiff respectfully requests that the Court extend the time within which the parties may file a stipulation of dismissal and, similarly, delay dismissal of the case if a stipulation of dismissal or agreed final order is not filed on or before December 8, 2010.

In support of its motion, Plaintiff asserts that there will be no prejudice to the parties by extending the time for them to act pursuant to the Court's order of November 8, 2010.

However, dismissal of the action prior to a settlement being consummated would substantially prejudice the parties by creating uncertainty and depriving the parties of a forum for finalizing the resolution of this action through settlement or otherwise.

Therefore, Plaintiff respectfully requests that the Court extend the time for the filing of a stipulation of dismissal or agreed final order and delay its dismissal of the action by thirty days or another period of time the Court deems appropriate so that the parties can finalize their settlement or take other action.

Dated: December 7, 2010

Respectfully submitted,

**MILLER & MARTIN PLLC**

s/ Donald J. Aho_____
Donald J. Aho, BPR #011975
Lynda M. Hill, BPR #019427
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
423-785-8385
423-321-1531 (fax)
*Attorneys for Plaintiff*
*SKF USA Inc.*

Paul J. Kennedy
J. Anthony Lovensheimer
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Of Counsel*

7881335_1.DOC                                2
Case 1:09-cv-00299   Document 82   Filed 12/07/10   Page 2 of 3   PageID #: 717

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

December 7, 2010.

COUNSEL FOR SKF USA INC.

 s/ Donald J. Aho