

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

SKF USA INC., )
 )
       Plaintiff, )
 )
v. ) CIVIL ACTION NO. 1:09-CV-299
 )
CRESWELL RICHARDSON, )
 )
       Defendant. )

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

The Court, having been advised that the Parties to this action have resolved the issues presented by a Stipulation of Settlement of Dispute (the "Stipulation"), which has been executed by the Parties, and which terms and conditions are incorporated herein by reference as if set forth at length, enters this Consent Judgment and Permanent Injunction pursuant to the Parties' request and for good cause shown. Therefore, it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Rules 54, 58 and 65 of the Federal Rules of Civil Procedure that the Plaintiff shall have a final and enforceable judgment pursuant to which the Plaintiff is GRANTED a permanent injunction and other relief on the following terms:

1. Judgment is entered in favor of Plaintiff SKF USA Inc. ("SKF") and against Creswell Richardson ("Defendant" or "Creswell") consistent with the terms of the Stipulation.

2. It is hereby ORDERED that the Defendant and the Defendant's officers, directors, employees, agents, servants, representatives and those persons who are in active concert or participation with the Defendant who receive actual notice of the Permanent Injunction shall be and hereby are permanently restrained and enjoined from:

   a. manufacturing, importing, distributing, shipping, advertising, promoting, or selling and/or offering for sale any bearings or related parts and materials that are counterfeit or use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or confusingly similar marks thereof ("Unauthorized Products");

   b. engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the Unauthorized Products sold by Defendant, or Defendant itself is connected with SKF, is sponsored, approved or licensed by SKF, or is affiliated with SKF; and

   c. affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such Unauthorized Products as being those of SKF.

3. It is further ORDERED that the Permanent Injunction described in Paragraph 2 has been issued pursuant to the Parties' request pursuant to the terms of the Stipulation. Nothing contained herein shall prevent Defendant from selling SKF products as set forth in paragraph 6 of the Stipulation.

4. It is ORDERED that Defendant deliver to SKF USA Inc., c/o Timothy D. Gifford, Esquire, General Counsel & Secretary at 890 Forty Foot Road, P.O. Box 352, Lansdale, PA 19446, for destruction all Unauthorized Products, including bearings and related products in Defendant's possession, custody or control bearing any of the Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof.

5. It further finally ORDERED, ADJUDGED and DECREED, that should the Defendant default on any of its obligations set forth in the Stipulation, the Plaintiff shall have the right to immediately enter the Stipulation of Judgment attached to the Stipulation as Exhibit C which shall be immediately enforceable by Plaintiff as a judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

6. This matter shall be and hereby is DISMISSED. However, the Court shall retain the right to reopen this action for purposes of entering an order to enforce the terms of this Consent Judgment and Permanent Injunction, the Stipulation and the Stipulation of Judgment.

It is so ORDERED.

Enter.

_____
Harry S. Mattice, Jr.
United States District Court Judge

**AGREED AND APPROVED FOR ENTRY:**

**MILLER & MARTIN PLLC**       **PATRICK, BEARD, SCHULMAN & JACOWAY**

By: /s/ Donald J. Aho
    Donald J. Aho, Esq., TN BPR No. 011975
    Lynda M. Hill, Esq., TN BPR No. 019427
    832 Georgia Avenue
    1000 Volunteer Building
    Chattanooga, Tennessee 37402
    Telephone (423) 756-6600
    Facsimile (423) 785-8480
    *Attorneys for Plaintiff*

By: /s/ Gary R. Patrick
    Gary R. Patrick, Esq., TN BPR No. 01941
    McKinley S. Lundy, Esq., TN BPR No. 027391
    537 Market Street, Suite 202
    Chattanooga, Tennessee 37402
    Telephone (423) 756-7117
    Facsimile (423) 267-5032
    *Attorneys for Defendant*